# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-11700

_____

DONNA CHISESI,
As Independent Administratrix of the Estate of Jonathon Victor, Deceased,

                                                   Plaintiff-Appellee,

*versus*

MATTHEW HUNADY,
Individually and in his official capacity,
HUEY HOSS MACK,

                                                   Defendants-Appellants,

BALDWIN COUNTY SHERIFF'S OFFICE,

                                                   Defendant.

2                            Order of the Court                            21-11700

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:19-cv-00221-C

_____

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC

Before LAGOA AND BRASHER, Circuit Judges, and BOULEE,* DISTRICT JUDGE.

PER CURIAM:

The Petitions for Rehearing En Banc are DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. FRAP 35. The Petitions for Rehearing En Banc are also treated as a Petitions for Rehearing before the panel and are DENIED. FRAP 35, IOP 2.

---

* Honorable J.P. Boulee, United States District Judge for the Northern District of Georgia, sitting by designation.