# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-11700

_____

DONNA CHISESI,
As Independent Administratrix of the Estate of Jonathon Victor, Deceased,

                              Plaintiff-Appellee,

*versus*

MATTHEW HUNADY,
Individually and in his official capacity,
HUEY HOSS MACK,

                              Defendants-Appellants,

BALDWIN COUNTY SHERIFF'S OFFICE,

                              Defendant.

ISSUED AS MANDATE 7/19/2024

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:19-cv-00221-C

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 16, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE 7/19/2024