# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 11, 2024

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re:  Matthew Hunady
           v. Donna Chisesi, Administratrix of the Estate of Jonathon Victor, Deceased
           No. 24-406
           (Your No. 21-11700)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 9, 2024 and placed on the docket October 11, 2024 as No. 24-406.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst